COPY
HOME

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Julio Nehomar Rosa Prose,

Inmate ID Number: Y32426,

Julio N. Rosa DC# Y32426,

*(Write the full name and inmate ID number of the Plaintiff.)*

v.

Florida Department Corrections,

Management Training Corporation,

Graceville Correctional Facility,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No.: 5:23cv00322-MCR-MJF
*(To be filled in by the Clerk's Office)*

Jury Trial Requested?
☒ YES  ☐ NO

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Julio Nehomar Rosa     ID Number: Y32426

List all other names by which you have been known: _____

Current Institution: Graceville Correctional Facility

Address: 5168 Ezell street,
Graceville, Florida 32440

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Florida Department of Corrections

   Official Position: Corporation

   Employed at: 501 South Calhoun street

   Mailing Address: Tallahassee, Florida 32399-2500

   ☑ Sued in Individual Capacity     ☑ Sued in Official Capacity

2. Defendant's Name: Management Training Corporation

   Official Position: Correctional Securities

   Employed at: 5168 Ezell street

   Mailing Address: Graceville Florida 32440

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

3. Defendant's Name: Graceville Correctional Facility

   Official Position: Correctional Facility

   Employed at: 5168 Ezell street

   Mailing Address: Graceville, Florida 32440

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee            ☐ Civilly Committed Detainee

☒ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. **Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.**

My complaint is about Florida Department of Corrections, Graceville Correctional Facility, and Management Training Corporation. Subcontractors, Inmate Rosa Is a new arrival at Graceville Corr. Facility. On Nov. 2, 2023. He was transferred From the Florida Department of Corrections to Graceville Corr. Facility A private Facility and the Management Training Corporation hires Citizen to Work as Correctional Officers at Graceville Corr. Facility. Upon inmate Rosa arrival, he was not orientated by Classification Department or giving him the Graceville Correctional Facility Inmate Handbook. While inmate Rosa was in administrative Confinement, A1-211. A Classification Officer calls my name and tells me I need to sign a document stating I received the Graceville Correctional Facility Inmate Handbook. While The inmate was revising the (GRCF) Inmate Handbook he notice there was pages missing from the inmate Handbook "The So-called Policy." Inmate Rosa filed informal grievance log# 159-2312-0045. I complained About Administrators, Designee's Withholding information on Inmate Handbook. Missing State, Federal, Policy enactments information About incarcerated inmates and what type of service. Graceville Corr. Facility provides during inmates incarceration, and their stay.

**Statement of Facts Continued** *(Page 2 of 2 )*

The non-complete published Inmate Handbook is falsely advertising or promoting inaccurate information. The handbook is hazardous to inform Incarcerated inmates of the practices established to ensure safety And welfare during incarceration. The handbook is missing Pages 2, 4, 8, 12. etc. Abscent, destroyed, altered, withholding important Documents against inmates.

Respectfully submitted,

By X _____

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Civil Right violation 1st Amend U.S const. Alledging Denial of freedom of Speech, Debate. 5th Amend U.S const Alledging Denial of Due Process of Law. 6th Amend. U.S const. Alledging Right to Counsel. 7th Amend U.S Const. Alledging Denial Trial by Jury. 8th Amend. U.S const. alledging Cruel and Unusual punishment. 14th Amend U.S const. Alledging Denial Equal Protection of the Law. and Withholding state, Federal law information

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

1) Petitioner hereby seeks monentary Damages for Psychological, emotional Distress. a Demand of $150,000.00 ONE HUNDRED FIFTY THOUSAND DOLLARS
2) Petitione hereby seeks Punitive compensating Damages of $1,000,000.00 ONE MILLION DOLLARS. for all his constitutional violations.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of <u>physical injury</u> or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES  ☑ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

2. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

   ☐ YES  ☒ NO

   If you answered yes, identify all lawsuits:

   1. Case #: _____ Parties: _____

      Court: _____ Judge: _____

      Date Filed: _____ Dismissal Date *(if not pending)*: _____

      Reason: _____

   2. Case #: _____ Parties: _____

      Court: _____ Judge: _____

      Date Filed: _____ Dismissal Date *(if not pending)*: _____

      Reason: _____

   3. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 12-15-23   Plaintiff's Signature: _____

Printed Name of Plaintiff: Julio Nethmar Rosa

Correctional Institution: Graceville Correctional Facility

Address: 5168 Ezell Street
Graceville, Florida 32440

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☑ deposited in**

the prison's mail system for mailing on the ___17___ day of ___December___, 20 _23_ .

Signature of Incarcerated Plaintiff: _____

Julio Nehomar Rosa DC#Y32426
Graceville Correctional Facility
5168 Ezell street
Graceville, Florida 32440

Lien
FP US POSTAGE
$001.1?
First-Class IMI
ZIP 32440
12/18/2023
036B 0011821628

DEC 2 0 2023

To: Clerk, U.S District Court
One North Palafox street
Pensacola, Florida 32502-5658

'LEGAL MAIL'