UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JULIO NEHOMAR ROSA,

　　Plaintiff,

v.                                              Case No. 5:23-cv-322-MCR/MJF

FLORIDA DEPARTMENT OF
CORRECTIONS, *et al.*,

　　Defendants.
_____/

## ORDER

　　This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 22, 2023. (ECF No. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

　　Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

　　Accordingly, it is now **ORDERED** as follows:

　　1.　　The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is dismissed pursuant to 28 U.S.C. §§ 1915A and 1915(g) without prejudice to Plaintiff initiating a new case accompanied by payment of the $405.00 fee in its entirety.

3. The clerk of the court shall close the case file.

**DONE AND ORDERED** this 17th day of May 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**